## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE CHEMOURS COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. _____ |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Plaintiff The Chemours Company ("Chemours"), through undersigned counsel, respectfully submits this corporate disclosure statement. Chemours has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Respectfully submitted,

s/ *Brad Fagg*_____
Brad Fagg
(Counsel of Record)
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 739-5191
Dated: September 10, 2018       (202) 739-3001 (fax)
brad.fagg@morganlewis.com

Attorney for The Chemours Company

Of Counsel:

John McGahren
MORGAN, LEWIS & BOCKIUS, LLP